UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

National Pastime Sports, LLC,

    Plaintiff,

v.

CSI Insurance Group, and New Hampshire
Insurance Co.,

    Defendants,

and

New Hampshire Insurance Co.,

    Counterclaim Plaintiff/Third-Party Plaintiff,

v.

National Pastime Sports, LLC,

    Plaintiff/Counterclaim Defendant,

and Cleveland Indians Baseball Co., L.P.,

    Third-Party Defendant,

and

Cleveland Indians Baseball Co., L.P.,

    Third-Party Defendant/Third-Party
    Counterclaim Plaintiff,

v.

New Hampshire Insurance Co.,

    Third-Party Plaintiff/Third-Party
    Counterclaim-Defendant,

and

Case No.: 11-11378

Honorable Sean F. Cox

Cleveland Indians Baseball Co., L.P.,

    Third-Party Defendant/Third-Party
    Counterclaim Plaintiff/Fourth-Party Plaintiff,

v.

CSI Insurance Group,

    Defendant/Fourth-Party Defendant.

_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of New Hampshire Insurance Company regarding its Counterclaim/Third-Party Complaint for Declaratory Judgment (D.E. No. 8).

Accordingly, the Court **HEREBY DECLARES** that New Hampshire Insurance Company has no duty to provide coverage to National Pastime or the Cleveland Indians under the New Hampshire Insurance Company Policy with respect to the Underlying Lawsuit.

**IT IS FURTHER ORDERED** that Count I (the only remaining claim) of National Pastime Sports, LLC's Complaint (D.E. No. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Cleveland Indians' Counterclaim Against New Hampshire Insurance Company (D.E. No. 24) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Cleveland Indians' Fourth-Party Complaint

Against CSI Insurance (D.E. No. 25) is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

                                        S/Sean F. Cox  
                                        Sean F. Cox  
                                        United States District Judge

Dated: April 18, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 18, 2012, by electronic and/or ordinary mail.

                                        S/Jennifer Hernandez  
                                        Case Manager