UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL PASTIME SPORTS, L.L.C.,

        Plaintiff,

v.

CSI INSURANCE GROUP, and NEW
HAMPSHIRE INSURANCE COMPANY,

        Defendants,

        *et al.*
_____/

Case no. 11-11378
Hon. Sean F. Cox
Magistrate Mona K. Majzoub

## NOTICE OF APPEAL

Notice is hereby given that National Pastime Sports, LLC appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Amended Opinion & Order Granting New Hampshire Insurance Co.'s Motion for Judgment on the Pleadings and Judgment entered in this Action on April 18, 2012.

Respectfully submitted,

BOYLE BURDETT

By: s/H. William Burdett, Jr.
    H. William Burdett, Jr. (P63185)
14950 East Jefferson, Suite 200
Grosse Pointe Park, Michigan 48230
(313) 344-4000
burdett@boyleburdett.com

Dated: May 3, 2012

*Attorneys for National Pastime Sports, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL PASTIME SPORTS, L.L.C.,

            Plaintiff,

v.

            Case no. 11-11378
            Hon. Sean F. Cox
            Magistrate Mona K. Majzoub

CSI INSURANCE GROUP, and NEW
HAMPSHIRE INSURANCE COMPANY,

            Defendants,

            *et al.*

_____/

**Proof of Service**

     I, H. William Burdett, Jr., certify that on May 3, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

            /s/H. William Burdett, Jr.
            H. William Burdett, Jr. (P63185)
            14950 East Jefferson, Suite 200
            Grosse Pointe Park, Michigan 48230
            (313) 344-4000
            (313) 344-4001 (facsimile)
            burdett@boyleburdett.com