UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL PASTIME SPORTS, LLC,

    Plaintiff,

-vs-

CSI INSURANCE GROUP and NEW
HAMPSHIRE INSURANCE COMPANY,

    Defendants.

-and-

NEW HAMPSHIRE INSURANCE COMPANY,

    Counterclaim Plaintiff/Third-Party Plaintiff,

-vs-

NATIONAL PASTIME SPORTS, LLC,

    Plaintiff/Counterclaim Defendant,

and CLEVELAND INDIANS BASEBALL
COMPANY, INC.,

    Third-Party Defendant,

-and-

CLEVELAND INDIANS BASEBALL
COMPANY, L.P.,

    Third-Party Defendant/Third-Party
    Counterclaim Plaintiff,

-vs-

NEW HAMPSHIRE INSURANCE COMPANY,

    Third-Party Plaintiff/Third-Party
    Counterclaim-Defendant,

-and-

CLEVELAND INDIANS BASEBALL
COMPANY, L.P.,

Case No. 2:11-cv-11378-SFC-MKM
Hon. Sean F. Cox

**Notice of Appeal**



Third-Party Defendant/Third-Party Counterclaim Plaintiff/Fourth-Party Plaintiff,

-vs-

CSI INSURANCE GROUP,

Defendant/Fourth-Party Defendant.

_____/

| | |
|---|---|
| EUGENE H. BOYLE, JR. (P42023)<br>HOWARD W. BURDETT, JR. (P63185)<br>Attorneys for **National Pastime Sports**<br>14950 E. Jefferson, Suite 200<br>Grosse Pointe Park, MI 48230<br>(313) 344-4000 | DAVID C. ANDERSON (P55258)<br>Attorney for **CSI Insurance Group**<br>4000 Town Center, Suite 909<br>Southfield, MI 48075<br>(248) 355-4141 |
| JEFFREY C. GERISH (P51338)<br>NICOLE E. WILINSKI (P61904)<br>Attorneys for **New Hampshire Ins. Co.**<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000 | GEORGE M. DeGROOD, III (P33724)<br>MICHELLE A. THOMAS (P35135)<br>Attorneys for **Cleveland Indians Baseball Co.**<br>400 Galleria Officentre, Suite 550<br>Southfield, MI 48034<br>(248) 353-4450 |

_____/

## NOTICE OF APPEAL

Notice is hereby given that the Cleveland Indians Baseball Co., L.P. appeals to the United States Court of Appeals for the Sixth Circuit the District Court's Opinion and Order Granting CSI Insurance Group's Motion for Summary Judgment on the Cleveland Indians' Fourth-Party Complaint (Doc #49) entered by the Court on November 17, 2011 and the District Court's Opinion and Order Denying the Cleveland Indians Baseball Co., L.P.'s Motion for Reconsideration (Doc #62) entered by the Court on March 29, 2012, the District Court's Final Judgment (Doc #66) having been entered on April 18, 2012.

THOMAS, DeGROOD & WITENOFF, P.C.

/s/ Michelle A. Thomas
Attorney for Cleveland Indians Baseball Co., L.P.
400 Galleria Officentre, Suite 550
Southfield, MI 48034
(248) 353-4450
P35135
mthomas@thomasdegrood.com



2

# PROOF OF SERVICE

MICHELLE A. THOMAS, says that on May 3, 2012, Tammy Bolton electronically filed *Notice of Appeal*, along with this Proof of Service, to the Clerk of the Court using the ECF system, which will automatically send notification of such filing to all attorneys of record. I hereby certify that the above is true.

> **THOMAS, DeGROOD & WITENOFF, P.C.**
>
> /s/ Michelle A. Thomas
> Attorney for Cleveland Indians Baseball Co., L.P.
> 400 Galleria Officentre, Suite 550
> Southfield, MI 48034
> (248) 353-4450
> P35135
> *mthomas@thomasdegrood.com*

