## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 23, 2013

Mr. Ernest Raymond Bazzana
535 Griswold Street, Suite 2500
Detroit, MI 48226

Mr. Trent Bryce Collier
Collins, Einhorn, Farrell & Ulanoff
4000 Town Center, Suite 909
Southfield, MI 48075

Mr. Jeffrey Charles Gerish
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304

Ms. Michelle A Thomas
Thomas, DeGrood, Witenoff & Hoffman
400 Galleria Officentre, Suite 550
Southfield, MI 48034

Re:  Case No. 12-1589, *Cleveland Indians Baseball Co. v. N.H. Ins. Co., et al*
Originating Case No. : 2:11-cv-11378

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

                                                    Cathryn Lovely
                                                    Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

2:10-cv-11278-SFC-MKM Doc # 741 Filed 08/23/13 Pg 2 of 3 Pg ID 16452 (2 of 22)

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-1589

FILED
Aug 23, 2013
DEBORAH S. HUNT, Clerk

CLEVELAND INDIANS BASEBALL
COMPANY, L.P.,
    Fourth - Party Plaintiff - Appellant,

v.

NEW HAMPSHIRE INSURANCE COMPANY,
    Defendant - Appellee,

CSI INSURANCE GROUP,
    Fourth - Party Defendant - Appellee.

Before: MERRITT, CLAY, and DONALD, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED as to defendant New Hampshire Insurance Company. IT IS FURTHER ORDERED that the judgment concerning the Cleveland Indians Baseball Company's negligence claims against defendant CSI Insurance Group is REVERSED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk