# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**CLEVELAND INDIANS BASEBALL COMPANY, L.P.,**

*Fourth-Party Plaintiff*

v.

**CSI INSURANCE GROUP,**

*Fourth-Party Defendant*

_____

Case No. 11-cv-11378

Hon. Sean F. Cox

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Fourth-Party Plaintiff Cleveland Indians Baseball Company, LP and Fourth-Party Defendant CSI Insurance Group ("CSI"), by and through their respective attorneys, hereby stipulate to the dismissal of all claims asserted against CSI with prejudice and without costs to any party.

So Stipulated:

/s/ George DeGrood_____     /s/ David C. Anderson_____
George DeGrood (P33724)              David C. Anderson (P55258)
Attorney for Fourth-Party Plaintiff   Attorney for Fourth-Party Defendant

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**CLEVELAND INDIANS BASEBALL COMPANY, L.P.,**

*Fourth-Party Plaintiff*

v.

**CSI INSURANCE GROUP,**

*Fourth-Party Defendant*

_____

Case No. 11-cv-11378

Hon. Sean F. Cox

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court by Stipulation of Fourth-Party Plaintiff Cleveland Indians Baseball Company, LP and Fourth-Party Defendant CSI and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted against CSI are hereby dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

Dated: November 20, 2014

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge